UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.A. NO. C-05-151 |
| | § | |
| LOUIS W. BERGEN | § | |

## MEMORANDUM OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

On July 14, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 8). After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate Judge's findings of fact and conclusions of law. Having reviewed the pleadings on file, the Court finds no clear error in the Magistrate Judge's memorandum and recommendation. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, plaintiff's motion for entry of default judgment (D.E. 6) is GRANTED and judgment in favor of the United States of America is entered in the following amounts:

   Principal Balance . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $2,737.81
   Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $2,212.30

   Plus prejudgment interest at $.60 per day
   from April 21, 1999 to date of judgment;

Plus Attorney's Fees . . . . . . . . . . . . . . . . . . . . . . . . .   $ 550.00
Plus Filing Fee. . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ 250.00

Plus post judgment interest at the prevailing rate.

ORDERED this 10th day of August, 2005.

                                        HAYDEN HEAD
                                        CHIEF JUDGE